**IT IS ORDERED as set forth below:**


**Date: March 23, 2026**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| Edmund Ebbin, | ) |
| Debtor(s). | ) |
| | ) |
| | ) |
| | ) CASE NO. 25-63129-bem |
| Stockbridge Estates LLC | ) CHAPTER 7 |
| | ) |
| Movant. | ) Judge Barbara Ellis-Monro |
| | ) |
| V. | ) CONTESTED MATTER |
| | ) |
| Edmund Ebbin, Debtor(s), | ) |
| Michael J. Bargar, Trustee | ) |
| Respondents. | ) |
| | ) |
| | ) |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

On February 17, 2026, Stockbridge Estates LLC, (hereinafter, "Movant") filed a Motion

1

For Relief From Automatic Stay (Doc. No. 22) (the "Motion").  The Motion concerns rented real property known as 324 Goldenrod Dr, Stockbridge GA 30281 (the "Property").  Within the Motion, proper notice – as asserted by Movant - of the opportunity to object and for hearing was provided pursuant to the procedures in Fifth Amended and Restated General Order No. 24-2018 and no objection to the motion was filed prior to the objection deadline.

The Court, having considered the Motion and all other matters of record, including the lack of objection thereto, and based on the foregoing, no further notice or hearing is required, and the Court finds that good cause exists to grant the relief requested in the Motion. Based on the foregoing and pursuant to Fifth Amended and Restated General Order No. 24-2018, the Court hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action to recover possession of the Property.  Movant is not permitted to pursue any collection activities on any post-petition judgment as to property of the estate or any property that the Debtor has exempted under 11 U.S.C. s. 522(b).

**ORDERED** that the automatic stay of 11 U.S.C. s. 362(s) shall remain in effect to prohibit Movant from enforcing a personal judgment against the Debtor for any money due under the Lease.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action.

[END OF DOCUMENT]

2

**Order presented by:**

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)

**Distribution List:**
Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136,
Atlanta, GA 30338

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Michael J. Bargar
Rountree Leitman Klein & Geer LLC
Century Plaza
2987 Clairmont Road, Suite 350
Atlanta, GA 30329
Chapter 7 Trustee

Edmund Ebbin, pro se Debtor
324 Goldenrod Dr
Stockbridge GA 30281

THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136,
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

3