**IT IS ORDERED as set forth below:**


**Date: March 23, 2026**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| Edmund Ebbin, | ) |
| Debtor(s). | ) |
| | ) |
| | ) CASE NO. 25-63129-bem |
| Stockbridge Estates LLC | ) CHAPTER 7 |
| Movant. | ) Judge Barbara Ellis-Monro |
| V. | ) CONTESTED MATTER |
| Edmund Ebbin, Debtor(s), | ) |
| Michael J. Bargar, Trustee | ) |
| Respondents. | ) |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

On February 17, 2026, Stockbridge Estates LLC, (hereinafter, "Movant") filed a Motion

1

For Relief From Automatic Stay (Doc. No. 22) (the "Motion").  The Motion concerns rented real property known as 324 Goldenrod Dr, Stockbridge GA 30281 (the "Property").  Within the Motion, proper notice – as asserted by Movant - of the opportunity to object and for hearing was provided pursuant to the procedures in Fifth Amended and Restated General Order No. 24-2018 and no objection to the motion was filed prior to the objection deadline.

The Court, having considered the Motion and all other matters of record, including the lack of objection thereto, and based on the foregoing, no further notice or hearing is required, and the Court finds that good cause exists to grant the relief requested in the Motion. Based on the foregoing and pursuant to Fifth Amended and Restated General Order No. 24-2018, the Court hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action to recover possession of the Property.  Movant is not permitted to pursue any collection activities on any post-petition judgment as to property of the estate or any property that the Debtor has exempted under 11 U.S.C. s. 522(b).

**ORDERED** that the automatic stay of 11 U.S.C. s. 362(s) shall remain in effect to prohibit Movant from enforcing a personal judgment against the Debtor for any money due under the Lease.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action.

[END OF DOCUMENT]

2

**Order presented by:**

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)

THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136,
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

**Distribution List:**
Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136,
Atlanta, GA 30338

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Michael J. Bargar
Rountree Leitman Klein & Geer LLC
Century Plaza
2987 Clairmont Road, Suite 350
Atlanta, GA 30329
Chapter 7 Trustee

Edmund Ebbin, pro se Debtor
324 Goldenrod Dr
Stockbridge GA 30281

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                    Case No. 25-63129-bem

Edmund Ebbin                                                                              Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
| Date Rcvd: Mar 23, 2026 | Form ID: pdf401 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2026:**

**Recip ID               Recipient Name and Address**
db                   +  Edmund Ebbin, 324 Goldenrod Dr., Stockbridge, GA 30281-7262

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2026 at the address(es) listed
below:**

**Name**                         **Email Address**

Matthew Franklin Totten
                                 on behalf of Creditor Stockbridge Estates LLC mft@tottenfirm.com  jet@tottenfirm.com,mtots@recap.email

Michael J. Bargar
                                 mbargar@rlkglaw.com  GA67@ecfcbis.com

Office of the United States Trustee
                                 ustpregion21.at.ecf@usdoj.gov

TOTAL: 3