Certificate Number: 05781-GAN-DE-040810582

Bankruptcy Case Number: 25-63129



05781-GAN-DE-040810582

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 2, 2026</u>, at <u>2:25</u> o'clock <u>PM PDT</u>, <u>Edmund Ebbin</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Northern District of Georgia</u>.

Date:  <u>April 2, 2026</u>          By:     <u>/s/Allison M Geving</u>

                              Name:  <u>Allison M Geving</u>

                              Title:  <u>President</u>