## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In
Re:    Debtor(s)
**Edmund Ebbin**
324 Goldenrod Dr.
Stockbridge, GA 30281

**xxx−xx−8830**

Case No.: **25−63129−bem**
Chapter:  **7**
Judge:  **Barbara Ellis−Monro**

### DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

Barbara Ellis−Monro
United States Bankruptcy Judge

Dated:  May 4, 2026

Form 182

### SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

FORM 182 continued

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                         Case No. 25-63129-bem

Edmund Ebbin                                                                           Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                           User: admin                                    Page 1 of 2

Date Rcvd: May 04, 2026                   Form ID: 182                              Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 25605387 | + | Aspen Dental, 800 W Fultion Market, Chicago IL 60607-1302 |
| 25605383 | + | Excalibur Homes, 1111 Alderman Dr, Alpharetta GA 30005-2022 |
| 25605385 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, T Mobile, PO Box 742596, Cincinnati OH 45274 |
| 25605388 | + | Signature Health, 12201 Bluegrass Prwy, Louisville KY 40299-2361 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: kwawebbin@gmail.com | May 04 2026 21:04:00 | Edmund Ebbin, 324 Goldenrod Dr., Stockbridge, GA 30281-7262 |
| cr | + | Email/Text: BKRMailOps@weltman.com | May 04 2026 21:06:00 | Navy Federal Credit Union, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, Independence, OH 44131-2191 |
| 25605378 | | EDI: BANKAMER | May 05 2026 00:48:00 | Bank of America, PO Box 15019, Wilmington DE 19886 |
| 25605376 | + | EDI: CAPITALONE.COM | May 05 2026 00:48:00 | Capital One CC, PO Box 71083, Charlotte NC 28272-1083 |
| 25605382 | | EDI: CITICORP | May 05 2026 00:48:00 | Macy, PO Box 9001108, Louisville KY 40290 |
| 25605385 | | EDI: JCTM | May 05 2026 00:48:00 | T Mobile, PO Box 742596, Cincinnati OH 45274 |
| 25605381 | + | EDI: PHINGENESIS | May 05 2026 00:48:00 | Milestone CC, PO Box 4477, Beaverton OR 97076-4401 |
| 25605379 | + | EDI: NFCU.COM | May 05 2026 00:48:00 | Navy Federal CU, PO Box 3100, Merrifield VA 22116-3100 |
| 25568163 | + | EDI: NFCU.COM | May 05 2026 00:48:00 | Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100 |
| 25605389 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | May 04 2026 21:05:00 | Progressive Ins, 300 North Commons Blvd, Mayfield Village OH 44143-1589 |
| 25605386 | + | Email/Text: dl-csgbankruptcy@charter.com | May 04 2026 21:06:00 | Spectrum, 2 Digit Place, Simpsonville SC 29681-5789 |
| 25605384 | + | Email/Text: bk@avant.com | May 04 2026 21:06:00 | Web Bank Avant, Ste 900, 222 W Merchandise Mart Plaza, Chicago IL 60654-1105 |
| 25605377 | + | EDI: WFCCSBK | May 05 2026 00:48:00 | Wells Fargo CC, PO Box 51193, Los Angeles CA 90051-5493 |

TOTAL: 13

District/off: 113E-9                          User: admin                                    Page 2 of 2
Date Rcvd: May 04, 2026                       Form ID: 182                            Total Noticed: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25605380 | | CB Indigo, PO Box 31908 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2026                           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Matthew Franklin Totten | on behalf of Creditor Stockbridge Estates LLC mft@tottenfirm.com  jet@tottenfirm.com,mtots@recap.email |
| Michael J. Bargar | mbargar@rlkglaw.com  GA67@ecfcbis.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 3